E-FILED
Monday, 02 June, 2014 04:12:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Johnson #R63104
        Plaintiff,

VS.                                                    CASE NO.

Lieutenant Bennett
Lieutenant Hitchens
Sergeant Evans
c/o Corley
c/o Louvhant ~~Baden~~ Badge No.# 6512
Sued in Their Individual Capacity
        Defendants,

Jury Trial Demanded
Complaint For Money Damages

I. Jurisdiction

1. Plaintiff brings this lawsuit pursuant to 42 U.S.C. § 1983. This court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

II. Venue

2. The Central District of Illinois is an appropriate venue under 28 U.S.C. § 1391 (b) because all parts of the events or omissions giving rise to the claims occurred in this district.

III. Parties

3. Plaintiff Michael Johnson #R63104 was at all times relevant to

This action a prisoner incarcerated at the Pontiac Correctional Center, which is located in the Central District, at P.O. Box 99, Pontiac, Il 61764.

4. Defendant Joseph Bennett was at all times relevant to this action a correctional officer at the Pontiac Correctional Center and was acting under color of state and federal law and employed at Pontiac Correctional Center, P.O. Box 99, Pontiac, Il 61764.

5. Defendant Ryan Hitchens was at all times relevant to this action a Lieutenant/correctional officer at the Pontiac Correctional Center and was acting under color of state and federal law and employed at Pontiac Correctional Center, P.O. Box 99, Pontiac, Il 61764.

6. Defendant Sergeant Evans was at all times relevant to this action a Sergeant/correctional officer at the Pontiac Correctional Center and was acting under color of state and federal law and employed at Pontiac Correctional Center, P.O. Box 99, Pontiac, Il 61764.

7. Defendant c/o Corley was at all times relevant to this action a correctional officer at the Pontiac Correctional Center and was acting under color of state and federal law and employed at the Pontiac Correctional Center, P.O. Box 99, Pontiac, Il 61764.

8. Defendant c/o Louvrant Badge No. #6512 was at all times relevant to this action a correctional officer at the Pontiac Correctional Center and was acting under color of state and federal law and employed at the Pontiac Correctional Center, P.O. Box 99, Pontiac, Il 61764.

9. All defendants from paragraphs 4 to 8 are employed by the Illinois Department of Corrections.

# IV. Litigation History

10. Plaintiff filed Two (2) lawsuits Pho se in Federal Court while incarcerated and just filed one, The Third Pho se complaint, on 5-29-14.

11. One case is Michael Johnson vs. Buchenau filed in 2012 in the Central District.

12. Another case is Michael Johnson vs. Stuck filed in 2013 in the Southern District.

13. The Third case is Michael Johnson vs. Adriene/Andrea Moss case no. # 14-1207 filed 5-29-14. (Central District).

14. Johnson vs. Buchenau was an excessive force case challenging an Eighth Amendment violation.

15. Johnson vs. Stuck was also an excessive force case challenging an Eighth Amendment violation.

16. Johnson vs. Moss case no. 14-1207 is challenging Eight Amendment violations and Fourteenth Amendment violations in relation to Mental Health issues.

17. Johnson vs. Buchenau was dismissed and I appealed. The appeal is still pending.

18. Johnson vs. Stuck plaintiff doesn't know what's the status on it.

## V. Exhaustion of Administrative Remedies

19. Plaintiff filed Two Grievances Documenting this incident in which led to the filing of this complaint.

20. The First Grievance dated 2-8-14 was filed and sent to the Counselor of the Facility where plaintiff is detained. (see Exhibit A).

21. Thirty (30) days passed and plaintiff hadn't received a

Response and filed another grievance dated 3-23-14.

Response and filed another grievance dated 3-23-14.
(See Exhibit B).

22. Plaintiff received a counselor's response to the 3-23-14 grievance, made a copy of it, and sent the original to the facility's grievance officer.

23. Sixty (60) days have passed and Plaintiff has not received a response to the 3-23-14 grievance from the grievance officer.

24. Plaintiff filed a timely grievance as required by the Prison Litigation Reform Act.

25. By the institution's grievance officer not responding within sixty (60) days to Plaintiff's properly filed grievance as required By 20 Illinois Administrative Code 504.830 the exhaustion of administrative remedies have become unavailable.

26. Plaintiff wrote a scribe to the grievance officer in the middle of March, 2014 and requested for a status update to the 3-23-14 grievance and has not received a response as of yet approximately two weeks later.

27. All Plaintiff is required to do is file a grievance at every stage available to him.

28. Plaintiff has no control over the grievance making it to the grievance officer through the institution's mail system.

29. Nor does Plaintiff have control over the processing of the grievance if or when it makes it to the grievance officer.

30. Due to such administrative incompetence due to no fault of Plaintiff's own, Plaintiff has exhausted his administrative remedies as were available to him.

31. The Prison Litigation Reform Act states as follows: "No Action shall be brought with respect to Prison Conditions under

Section 1983 of Title, or any other Federal law, by a prisoner confined in any jail, prison, or other Correctional Facility until such administrative remedies <u>as are available are</u> exhausted."

32. Plaintiff contends that he has exhausted his administrative remedies, as were available, in accordance with the PRLA.

33. Exhibit A and Exhibit B as mentioned in paragraph 20, and paragraph 21 is made apart of this complaint by reference.

## VI. Factual Allegations

34. On 2-8-14 on the 7 to 3 shift, on one gallery of the north cell house, C/o Bennett, at approximately 10:25 A.M. escorted me out of the shower.

35. After seeing the barber shop crew had passed my cell, cell # 145, C/o Bennett escorted me to around cells 124 and 121 where the barber shop crew was cutting hair.

36. I sat in the chair to get my hair cut and the barber shop worker prepared me to get my hair cut.

37. In the chair next to me, to my right, was sitting an inmate by the name of Marquette Buie # M19467 told me in the presence of Lieutenant Ryan Hitchens, officer Joseph Bennett, Sergeant Evans, officer Corley, and the barbers and other inmates that he was going to get me. See exhibit C and D.

38. I immediately informed officer Bennett that inmate Buie # M19467 was my enemy and to make sure he doesn't get down on me while I'm getting my hair cut.

39. Officer Bennett said "He's not on nothing". ~~a~~ ~~the~~ ~~before getting~~ ~~worker was~~ See exhibit C and D.

40. WHILE THE BARBER SHOP WORKER WAS CUTTING MY HAIR, INMATE BUIE # M19467 WAS BEING ESCORTED TOWARD THE CHAIR I WAS SITTING IN.

41. WHILE BEING ESCORTED TOWARD ME, BEFORE PASSING ME UP, INMATE BUIE # M19467, ESCORTED BY OFFICER CORLEY, LUNGED OUT LIKE A LINE BACKER AND HIT ME WITH HIS SHOULDER KNOCKING ME OUT OF THE CHAIR I WAS SITTING IN AND ON TO THE FLOOR.

42. OFFICERS SCRAMBLED AND FELL ALL OVER ME.

43. I WAS EVENTUALLY HELPED UP TO MY FEET AND MOVED AWAY FROM INMATE BUIE # M19467.

44. OFFICER BENNETT ASKED ME DID I WANT TO FINISH GETTING MY HAIR CUT AND I TOLD C/O BENNETT YEAH.

45. SITTING DOWN TO FINISH GETTING MY HAIR CUT I TOLD C/O BENNETT MY BACK WAS HURTING.

46. C/O BENNETT SAID "YOU'RE FINE".

47. Lt. HITCHENS CAME UP AND ASKED DID I NEED MEDICAL ATTENTION.

48. Lt. HITCHENS ASKED ME "DID HE HIT YOU" AND BEFORE I COULD ANSWER C/O BENNETT RESPONDED "NO".

49. I THEN SAID "YES" BUT NO ONE RESPONDED TO ME.

50. ONCE THROUGH WITH MY HAIR CUT, C/O BENNETT BEGAN ESCORTING ME BACK TO MY CELL.

51. I ASKED C/O BENNETT WAS I GOING TO GET MEDICAL ATTENTION AND HE SAID "NO".

52. I WAS NEVER ALLOWED TO SEE A MED TECH FOR MEDICAL ATTENTION.

53. LATER, WHILE IN MY CELL THE PAIN IN MY BACK GOT WORSE.

54. I CONTINUOUSLY ASKED C/O BENNETT, WHO WAS WORKING ONE GALLERY,

AND C/O LOUVRANT BADGE #6512, WHO WAS WORKING ON ONE GALLERY MONITORING CRISIS WATCHES, FOR MEDICAL ATTENTION FOR MY BACK TO NO AVAIL.

55. C/O LOUVRANT BADGE #6512 TOLD ME HE WOULD TELL Lt. HITCHENS BUT "IF Lt. HITCHENS DOESN'T SAY TAKE YOU THEN THERE'S NOTHING I CAN DO ABOUT IT!"

56. I TOLD C/O LOUVRANT TO LET ME KNOW.

57. C/O LOUVRANT LEFT AND CAME BACK LATER AND TOLD ME THAT Lt. HITCHENS DIDN'T GIVE HIM THE GREEN LIGHT. SEE EXHIBIT A.

58. ON 2-17-14 I SUBMITTED A MEDICAL REQUEST IN THE FORM OF A MONEY VOUCHER, P-96, FOR MEDICAL ATTENTION FOR MY BACK AND THE PAIN I WAS STILL EXPERIENCING FROM THE ABOVE INCIDENT. SEE EXHIBIT E.

59. DESPITE REQUESTING FOR MEDICAL ATTENTION I NEVER RECEIVED ANY. (GRIEVANCE FOR MEDICAL ATTENTION FOR MY BACK HAS BEEN FILED BY ME AND IS STILL PENDING).

60. IN RELATION TO PARAGRAPHS 37 THROUGH 57 THERE IS CAMERAS POSITIONED THROUGHOUT THE CELL HOUSE WITH THEM ON THE ENDS AND IN THE MIDDLE OF EACH GALLERY.

61. IN RELATION TO PARAGRAPHS 34 THROUGH 59 SEE EXHIBIT F.

62. EXHIBIT A, B, C, D, E, AND F ARE MADE APART OF THIS COMPLAINT BY REFERENCE. SEE EXHIBIT A FOR PARAGRAPHS 1 THROUGH 57.

63. DEFENDANTS JOSEPH BENNETT, RYAN HITCHENS, SERGEANT EVANS, AND OFFICER CORLEY WERE ALL IN THE PRESENCE OF INMATE BUIE WHEN HE THREATENED ME AND FAILED TO RESPOND ACCORDINGLY TO PREVENT THE ATTACK BY INMATE BUIE #M19467.

64. INMATE BUIE # M19467 WALKED TOWARD ME TO ATTACK ME WHEN HIS CELL WAS IN THE OTHER DIRECTION.

65. PLAINTIFF WAS ABLE TO TALK TO INMATE MARQUETTE BUIE # M19467 AND SETTLE OUR DIFFERENCES AND BUIE # M19467 RELAYED WHAT'S STATED IN PARAGRAPH 64 TO PLAINTIFF.

66. DEFENDANT LOUVHANT # 6512, AFTER INFORMED BY PLAINTIFF FAILED TO INFORMED THE MAJOR ASSIGNED TO THE CELL HOUSE AT THE TIME OF THE INCIDENT AND ALSO FAILED TO ALERT MEDICAL PERSONEL OF PLAINTIFF'S INJURY AND PAIN ONCE IT WAS BROUGHT TO HIS ATTENTION BY PLAINTIFF.

67. DEFENDANTS BENNETT, HITCHENS, SERGEANT EVANS, AND CORLEY FAILED TO MAKE SURE PLAINTIFF WAS SEEN AND EVALUATED BY MEDICAL PERSONEL.

## VII. CAUSES OF ACTION – COUNT I

PLAINTIFF WAS DENIED DUE PROCESS UNDER THE FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION

68. PLAINTIFF INCORPORATES PARAGRAPHS 1 THROUGH 67 AS THOUGH THEY WERE STATED FULLY HEREIN.

69. DEFENDANTS BENNETT, HITCHENS, EVANS, AND CORLEY VIOLATED PLAINTIFF'S FOURTEENTH AMENDMENT RIGHTS TO DUE PROCESS BY ~~CONFERENCE~~ ~~HEARING~~ FAILING TO TAKE PROTECTIVE MEASURES ONCE THEY HEARD INMATE BUIE # M19467 ~~TO~~ THREATEN PLAINTIFF AND PLAINTIFF ⊕ INFORMED OFFICER BENNETT THAT INMATE BUIE # M19467 WAS HIS ENEMY AND ASKED OFFICER BENNETT TO MAKE SURE INMATE BUIE # M19467 DIDN'T HARM HIM

WHILE HE BEING IN LEG AND ARM RESTRAINTS AND DEFENDANTS NAMED IN THIS PARAGRAPH ALL HEARD PLAINTIFF.

70. DEFENDANTS BENNETT, HITCHENS, EVANS, CORLEY, AND LOUVRANT VIOLATED PLAINTIFF'S FOURTEENTH AMENDMENT RIGHTS TO DUE PROCESS BY FAILING TO TAKE REASONABLE MEASURES TO GET THE PLAINTIFF MEDICAL ATTENTION BY MEDICAL PERSONEL SO HE COULD HAVE HIS BACK EXAMINED AND RECEIVE PAIN MEDICATION FOR HIS INJURY THAT WAS SUSTAINED FROM THE INCIDENT STATED ABOVE.

71. DEFENDANTS BENNETT, HITCHENS, EVANS, CORLEY, AND LOUVRANT VIOLATED 20 ILLINOIS ADMINISTRATIVE CODE 120.90 AND 120.100 AND ALSO 730 ILCS AND WAS NOT IN COMPLIANCE WITH THESE RULES.

## COUNT II.

PLAINTIFF WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT TO THE CONSTITUTION

72. DEFENDANTS BENNETT, HITCHENS, EVANS, AND CORLEY VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY FAILING TO PREVENT AN ATTACK IN WHICH THEY WERE AWARE OF THE POSSIBILITY OF IT HAPPENING BEFORE HAND WHILE PLAINTIFF WAS IN LEG AND ARM RETRAINTS WITH NO MEANINGFUL WAY TO PROTECT HISSELF IN WHICH RESULTED IN THE PLAINTIFF BEING INJURED.

73. DEFENDANTS BENNETT, HITCHENS, EVANS, AND CORLEY FAILED TO MAKE SURE THAT PLAINTIFF RECEIVED REASONABLE MEDICAL ATTENTION OR TREATMENT SO HE WOULDN'T SUFFER FROM PAIN

To His BACK Needlessly.

## VIII. Prayer For Relief

WHEREFORE, Plaintiff Respectfully Prays That This Court:

A. Declare That The Acts And Omissions Described Herein Violated Plaintiff's Rights Under The Constitution And laws OF THE United States;

B. Order Defendants To Pay Compensatory Damages For The Injury To Plaintiff's Back In which He still suffers From In which Resulted From The Defendant's Inactions To Protect The Plaintiff After They Were Aware of the Threat of Harm To Him;

C. Order Defendants To Pay Compensatory Damages For The Athophying OF Plaintiff's Muscles Due To Plaintiff Not Being Able To Workout Because OF THE Back Injury In which Came About From The Defendants' Failure To Act And Prevent The Incident;

D. ~~To~~ Order Defendants To Pay Compensatory Damages For ~~Medical Expenses if~~ ~~plaintiff was has to~~ ~~pay every time He has if He sought~~ THE Psychological And Emotional Anguish, Turmoil, Frustration, And Agitation that HE Experienced As A Result From His Back Injury And Pain In which HE Was And still Is Being Denied Medical Attention And ~~Treatment~~ For;

E. ORDER DEFENDANTS TO PAY PUNITIVE DAMAGES FOR THEIR CALLOUS
   AND DELIBERATE INDIFFERENCE TO HIS PLAINTIFF SAFETY AND WELL-
   BEING BY NOT ACTING ON THE THREAT TO PLAINTIFF TO
   PREVENT THE INCIDENT ONCE THEY WERE PUT ON ALERT
   OF THE THREAT IN WHICH SHOWS THAT THE DEFENDANTS
   DIDN'T TAKE THE THREAT SERIOUS AND DIDN'T CARE ABOUT
   IT;

F. ORDER DEFENDANTS TO PAY PUNITIVE DAMAGES FOR THEIR
   DENYING OF MEDICAL ATTENTION AND TREATMENT
   IMMEDIATELY AFTER THE INCIDENT IN WHICH FURTHER
   SHOWS THAT DEFENDANTS CARED LESS ABOUT PLAINTIFF
   RECEIVING MEDICAL ATTENTION AND TREATMENT;

G. ORDER DEFENDANTS TO PAY REASONABLE ATTORNEY FEES
   AND COSTS; AND

H. GRANT OTHER JUST AND EQUITABLE RELIEF THAT THIS
   HONORABLE COURT DEEMS NECESSARY.

RESPECTFULLY SUBMITTED,

Michael Johnson

MICHAEL JOHNSON # R63104
PONTIAC CORRECTIONAL CENTER
P.O. Box 99
PONTIAC, IL 61764

DATED: 6-1-14

VERIFICATION

PURSUANT TO 28 U.S.C. § 1746, I DECLARE AND VERIFY
UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
UNITED STATES OF AMERICA THAT THE FOREGOING
IS TRUE AND CORRECT. EXECUTED ON 6-1-14.

Michael Johnson

Michael Johnson #R63104
P.O. Box 99
Pontiac, IL 61764

PAGE 12 OF 22

Date: 2-8-14 (Please Print) Michael Johnson                    ID#: B63104

Present Facility: Pontiac Correctional Center   Facility where grievance issue occurred: Pontiac Correctional Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA Failure to Protect
- [x] Other (specify) Cruel & unusual Punishment

- [ ] Disciplinary Report: ___/___/___  Facility where issued: Due Process Violation
  Date of Report

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 2-8-14 on The 7 to 3 Shift, on one Gallery of North House In Pontiac C.C. c/o Bennett, At Approximately 10:35 A.M., Escorted me out of The Shower & After Seeing the "Barber Shop" crew had passed my Cell, Cell #145, c/o Bennett Escorted me to Around Cells 124 & 131 Where The Barber Shop crew was Cutting Hair. I Sat In the Chair to Get my Hair Cut & The Barber Shop worker Prepared me to Get my Hair cut In the chair Next to me, to my Right Side, was sitting An Inmate But which I only Know By "Q" (His Name May Be Quintin). This Inmate "Q" Told me Right In Front of Lieutenant Hitchens, c/o Bennett

Relief Requested: To Be Given Medical Treatment For my Back & To Have one Gallery & Camera Viewing To [?] Verify The Incident & To Be Awarded Damages For my Back Injury & For the violation of my Constitutional Rights

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature: Michael Johnson]       & To Be Given $15,000 In Damages For All Injuries
Offender's Signature        ID# B63104      Date 2, 8, 2014

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name _____   Counselor's Signature _____   Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____   Date ___/___/___

Sergeant Evans, & other officers, that He was Going to Get me when ████████ He Got through Getting His Hair Cut. I Immediately Told & Informed % Bennett that Inmate "Q" was My Enemy & To Make Sure He Doesn't Get Down on me while I'm Getting my Hair Cut % Bennett Said He's Not on Nothing. while the Barber Shop worker was Cutting my Hair, Inmate "Q" was Being Escorted Past my ☐ chair ☐ where I was Sitting At & Before He Got Pass By He, Inmate "Q", Lunged & Hit me with His Shoulder Subsequently Toppling me Knocking me out of the chair & on to the Floor. officers Fell All over me & Picked me up & Stood me By A Near Wall white officers ☐☐☐ Secured Inmate "Q" & Subsequently Escorted Him off the Gallery % Bennett Saw that my Facial Hair Wasn't Through Being Cut off & Allowed me To Get Through with my Hair Cut. Before The Barber ☐☐ Shop worker Commenced upon Finishing what He'd Started, I Told % Bennett That my Back was Hurting From Hitting The Floor As I Did & % Bennett Said You're Fine & Lieutenant Hitchins Came Right up & Asked Did I Need Any Medical Attention & I Emphatically Answered Yes. Lt. Hitchens Asked "Did He Hit You", & Before I could Answer % Bennett Responded No. I then Said Yes But No one Responded To me. I then was Given My Hair Cut (Facial Hair Cut) & once though % Bennett Began Escorting me Back To my Cell, In ☐ which Is N-145, & I Asked % Bennett was I Going To Get Medical Treatment & % Bennett Said No & Escorted me To my Cell, Cell #145, & Secured me In the cell. I was Never Allowed To see A Med Tech For Medical Attention In which I ☐☐☐ Need For My Back. My Back ☐☐ Hit The Floor Causing my Lower Back To Give me Pain. & As I was Attempting To Move About In my Cell & Sit on my Bed the Pain Got worse. I Continuously Asked % ☐☐ Bennett & % LouvRant, ☐ % ☐☐ LouvRant was working one Gallery Crisis watches & though I wasn't on Crisis watch I was In A Crisis cell So % LouvRant Came Pass my cell Every Ten Minutes Checking on crisis watches☐ For Medical Attention For my Back To No Avail. % LouvRant Told me that He would Tell Lt. Hitchens But "IF Lt. Hitchens Doesn't say Take You then There's Nothing I can Do About It". I Told % LouvRant To Let me Know & % LouvRant ☐☐☐ Left & ☐ Came Back Later & Told me that Lt. Hitchens ☐☐☐ DiDn't Give Him the Green light the above ☐☐☐ Aforementioned Collectional officials Are Being Deliberately Indifference & Failed To Protect me Violating my Due Process Clause of the Fourteenth Amendment To the U.S. Constitution. The ☐ Video Cameras Viewing & observing one Gallery will Be My Evidence That the Incident Took Place & That I Never Received Any Medical Attention or Treatment once So ever. Even though Inmate "Q" Did-The Supreme court wrote that The Constitution Prohibits officials From Intentionally Denying or Delaying Access To Medical Care or Intentionally Interfering with the Treatment ☐ once

See Estelle v. Gamble, 429 U.S. At 104-05

EXHIBIT 5

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 3-23-14 | Offender: (Please Print) Michael Johnson | ID#: A63104 |
|---|---|---|

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Pontiac Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA   FAILURE TO PROTECT
- [x] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
      Date of Report          Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
      Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
      Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
      Chief Administrative Officer, only if EMERGENCY grievance.
      Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
      administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
      Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 3-8-14 on the 7 To 3 shift, on one Gallery of North House, C/o Bennett, At Approximately 10:28 A.M, Escorted me out of the shower & after seeing the "Barber Shop Crew" Had Passed my cell, cell # 115. C/o Bennett escorted me to Around cells 124 & 121 where the Barber Shop Crew was Cutting Hair. I Sat in the chair to get my Hair Cut & The Barber Shop Worker Prepared me To get my Hair Cut in the chair next To me, To my Right Side, was Sitting An Inmate By the Name of Buie # M19467. This Inmate Buie # M19467 Told me Right In Front of Lieutenant Hitchens, C/o Bennett, Sergeant Evans, & other Officers, That

Relief Requested: To Be Given Medical Treatment For my Back, To Have one Gallery Camplex Reviewed To Verify All Documentation Herein, To Be Awarded Damages For my Back Injury & For The Violation of my Constitutional Rights $25,000.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Johnson | A63104 | 3/23/14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 3/26/14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This is relative to a grievance issue - forward directly to the grievance officer.

| _____ | _____ | 3/26/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

" EXHIBIT B "

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Printed on Recycled Paper

He was going to cut me when he got through getting his hair cut I immediately told & informed to Bennett that inmate Buie #N194167 was my enemy & to make sure he doesn't get down on me while I'm getting my hair cut. C/o Bennett said he's not on nothing, while the barber shop worker was cutting my hair, inmate Buie #N194167 was being escorted past my chair where I was sitting, while bein escorted toward me, before passing me up, inmate Buie #N194167, escorted by c/o Corley, lunged out like a line backer & hit me with his shoulder knocking me out of the chair & on to the floor. Officers scrambled & fell all over me. I was eventually helped up to my feet & slowed away from inmate Buie #N194167. Following this I told C/o Bennett that my back popped when I hit the floor & that I was in pain. C/o Bennett asked me did I want to finish getting my hair cut. I told C/o Bennett yeah. Sitting down so I could finish getting my hair cut I told C/o Bennett my back was hurting. C/o Bennett said you're fine. Lieutenant Hitchens came right up & asked did I need any medical attention & I emphatically answered yes! Lt. Hitchens asked "did he hit you"? & before I could answer C/o Bennett responded "na". I then said "yes" but no one responded to me. I then got my hair cut once though, C/o Bennett began escorting me back to my cell, in which is cell #145 of North Cell House, I asked C/o Bennett was I going to get medical treatment & C/o Bennett said na & escorted me to my assigned cell. I was never allowed to see a med tech for medical attention. My back hit the floor causing my lower back to give me pain. Later, sitting on my bed, the pain got worse. I continuously asked C/o Bennett & C/o Louvrant, C/o Louvrant was working one gallery crisis watches & though I wasn't on crisis watch I was in a crisis cell so C/o Louvrant came pass my cell every ten minutes checking on crisis watches, for medical attention for my back to no avail. C/o Louvrant told me that he would tell Lt. Hitchens but "if Lt. Hitchens doesn't say take you then there's nothing I can do about it." I told C/o Louvrant to let me know. C/o Louvrant left & came back later & told me that Lt. Hitchens didn't give him the green light.

Requesting that the video footage of this incident on 2-8-14 be preserved and stored for evidence and as a witness and as verification of the above documented incident.

STATE OF ILLINOIS )
                  ) ss
COUNTY OF Livingston )

"EXHIBIT C "

## AFFIDAVIT

I, Marquette Buie , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

On 2-8-14 on the 7 to 3 shift, on one gallery of North House in Pontiac CC around 10:30 A.M or so, I was getting my haircut and the following took place;

1) Inmate Johnson # R63104 sat in the chair as I was walking toward him. Inmate Johnson # R63104 was getting his haircut.

2) I told Johnson # R63104, out loud, that I was going to get him.

3) I then heard Johnson # R63104 tell C/o Bennet that inmate "Q" was his enemy and to make sure I don't get down on him.

4) C/o Bennet said word for word, "He's not on nothing."

5) When I was through getting my hair cut, escorted by C/o Corley who heard me threaten Johnson, C/o Corley let me walk up to inmate Johnson # R63104 and knock him out of the chair.

I write all above, on my own free will and was not promised anything for doing so. I will testify to all above, on the behalf of Johnson # R63104, in a court of law under oath. End Of Document.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 2 day of May , 2014

Marquette Buie,
Affiant

5-7-14

OFFICIAL SEAL
JENNIFER ROBISON
Notary Public, State of Illinois
My Commission Expires 08/22/2016

"EXHIBIT C "

STATE OF ILLINOIS )
) ss
COUNTY OF _Livingston_ )

"EXHIBIT D"

## AFFIDAVIT

I, _Tushon Reed_ M-00435 , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

On 2-8-2014 on the 7to3 shift, on 1 gallery of Pontiac Correctional Center, North cell house, I barred witness to I viewed from my Cell #114, Inmate Buie #M194167, bhile getting his hair cut, Inmate Buie #M194167 Threatened Inmate Johnson #R-63104, who was also getting his hair cut, telling him that "He was gonna get him", when he got through getting his hair cut right in front of C/o Bennet, C/o Cooley, LT Hutchens (etc.). Inmate Johnson #R-63104 then told C/o Bennett there. "Inmate Buie #M194167 was his ENEMY & to make sure he doesn't get down on him while he is getting his hair cut." C/o Bennett said "He's Not on Nothing". shortly afterwoods Inmate Buie #M194167 knocked Inmate Johnson #R63104 out of his Chair as he said he would do...

I wrote this Affidavit on my own free will & I will testify to all herein, in a court of law...

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 19 day of March, 201_.

_Tushon Reed M/194/35_
Affiant

"EXHIBIT D"

PAGE 18 OF 22

" EXHIBIT E "

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____     Date _____

Offender Name _Johnson_     ID# _____     Housing Unit _____

Pay to _____

  Address _____

  City, State, Zip _____

The sum of _____ dollars and _N/a_ cents charged to my trust fund

account, for the purpose of _legal copy_

☐ I hereby authorize payment of postage for the attached mail. .  ☐ I hereby request information on electronic
                                                                    funds transfers to be placed in the attached mail.

Offender Signature _____     ID# _____     **Entered**

Witness Signature _____                       FEB 20 2014

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____     ~~Pontiac Correctional Center~~
                                                                                        Trust Office

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room
                    2-17-14

DOC 0288 (Eff. 1/2008)
(Replaces DC 828)

" EXHIBIT E "

PAGE 19 OF 22

"EXHIBIT F"

STATE OF ILLINOIS )
                  ) ss
COUNTY OF Livingston )

#A63104         AFFIDAVIT

I, Michael Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

On 2-8-14 on the 7 to 3 shift, on one Gallery of the North Cell House of Pontiac Correctional Center, Inmate Buie #N194167 Threaten to Get Me when He Got Through Getting His Hair Cut I Then Told C/o Bennett That Inmate Buie # N19417 was My Enemy & Asked C/o Bennett To Make Sure That Inmate Buie # N194167 Didn't Get Down on Me While I was Getting My Hair Cut. C/o Bennett Said He's (Buie# N194167) Not on Nothing. While I was Getting My Hair Cut Inmate Buie # N194167 was Being Escorted By C/o Corley & During The Course Of Such Inmate Buie # N1947 Lunged Out & Rushed Me Knocking Me Out of My Chair I was Sitting In Getting My Haircut Causing Me To Hit The Floor on My Lower Back Bone. Inmate Buie # N194167 was Restrained & Taken Away. C/o Bennett Allowed Me To Get Finished with My Hair Cut & once Though, while C/o Bennett was escorting Me To My Cell (145), I Asked C/o Bennett For Medical Attention & He Told Me No. I Asked other Officers For Medical Attention & was Denied By Them All. I Suffer From Pain In My Lower Back & Have Put In a P-916 Requesting For Medical Treatment Because I'm Still Experiencing Til This Day. The Health Care Unit Has Not Seen Me To Date (As of Yet). I will Testify To All In a Court Of Law, As well As All In Grievance Dated 2-8-14 of Incider...

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

As Indicated In The Grievance Documenting This Incident, Dated 2-8-14, Inmate "Q" & Inmate Buie# N19467 the The Same Person.

Signed on this 12th day of March, 2014.

Michael Johnson
Affiant

"EXHIBIT F"

MARK G. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 11, 2015